COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

December 5, 2015

IN RE: Joseph Bernard Cooper
COA no. 09-14-00301-CR
Tr.Ct. No. 23233
PD-1217-15

* Requesting a copy of My original petition for discretionary review

Dear Clerk of the Appeals court Abel Acosta:

I am writing you in regards to receiving a copy of the Petition for Discretionary review that was filed 11/18/2015.

I would like to advise you that I previously requested this copy when I filed this Petition in the cover letter to you. I as well informed you that this was my only copy and that I was indigent and couldn't afford to copy the petition, additionally the prison unit doesn't have a free copy service for pro se petitions. Currently for the durantion of my stay in the Texas Department of Criminal Justice Institutional Division I have had no funds. Furthermore, I was declared indigent by the court upon receiving a Appellate Counsel.

Mr. Acosta or assistant clerk would you please be so kind as to send me the copy requested. I thank you so much for all your help and I look forward to hearing from you at my address listed below.

Sincerely,

JOSEPH BERNARD COOPER PRO SE
JESTER III UNIT #1938617
3 JESTER ROAD
Richmond, Texas 77406

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 09 2015

Abel Acosta, Clerk